IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

REHANNON NAPPER, )
)
    Plaintiff, )
)
v. ) CASE NO.: 3:15-CV-00349
)
PIAS, INC. D/B/A SAMMY'S; )
PATRICIA CANTAVESPRE, )
)
    Defendants. )
_____/

**NOTICE OF FILING ATTORNEY'S
FEES TIME RECORDS FOR OCTOBER 2015 – UNSEALED**

**NOTICE IS HEREBY GIVEN** that Jeremiah J. Talbott, P.A., attorney for Plaintiffs, has filed its Attorney's Time Records - Unsealed for time expended through October 31, 2015. The time records are summarized as follows:

| | | |
|---|---|---|
| **Total Attorney Hours this Filing:** | **2.9** | hours |
| **Total Non-Attorney Hours** | **.4** | hours |
| **Total Hours this Filing** | **3.3** | hours |

**DATED** this **16th** day of **November, 2015.**

        Submitted by:

        /s/ JEREMIAH J. TALBOTT
        JEREMIAH J. TALBOTT
        JEREMIAH J. TALBOTT P.A.
        900 East Moreno Street
        Pensacola, FL 32503
        Tel: 850-437-9600/ Fax 437-0906
        Florida Bar No.0154784
        *Attorney for the Plaintiff*

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished by CM/ECF to **Defendants** on this 16th day of November, 2015.

        */s/ Jeremiah J. Talbott*

        JEREMIAH J. TALBOTT