## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

REHANNON NAPPER,           )
                           )
    Plaintiff,             )
                           )
v.                         )          CASE NO.: 3:15-CV-00349
                           )
PIAS, INC. D/B/A SAMMY'S;  )
PATRICIA CANTAVESPRE,      )
                           )
    Defendants.            )
_____/

## UNOPPOSED MOTION TO WITHDRAW
## COUNSEL FOR PLAINTIFF, REHANNON NAPPER

COMES NOW, counsel of record for the Plaintiff, REHANNON NAPPER, and moves this Court for an Order allowing the undersigned Counsel to withdraw from representing the Plaintiff, REHANNON NAPPER. In support of this Motion, the undersigned states as follows:

1. JEREMIAH J. TALBOTT, ESQ., has represented REHANNON NAPPER, in the above-referenced case.

2. The Plaintiff and her undersigned attorney have irreconcilable differences and the undersigned attorney is unable to continue to represent the Plaintiff.

3. The undersigned has attempted to contact client by telephone, electronic mail, US Mail, and US Certified Mail, but client has failed

to respond.

4. The undersigned attorney has been unable to contact client, unable to coordinate her deposition, and unable to prepare discovery responses due to lack of communication with client.

5. The undersigned contacted the Attorney for the Defendants concerning this matter and opposing counsel in this matter does not object to this Motion.

**WHEREFORE**, the undersigned counsel for the Plaintiff respectfully requests that this Court enter an Order relieving the undersigned of any further responsibility in the representation of the Plaintiff, REHANNON NAPPER.

Respectfully submitted on this 16th day of February, 2016.

/s/ Jeremiah J. Talbott
JEREMIAH J. TALBOTT, ESQ.
Florida Bar No.: 0154784
TYLER L. GRAY, ESQ.
Florida Bar No. 0059738
900 East Moreno Street
Pensacola, FL 32503
Tel. (850) 437-9600
Fax (850) 437-9606
E-Mail: jj@talbottlawfirm.com
civilfilings@talbottlawfirm.com
*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the forgoing has been furnished via CM/ECF to all parties of records on this 16th day of February, 2016.

/s/ Jeremiah J. Talbott
Jeremiah J. Talbott, Esq.
